IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIENNE ARRINGTON, | ) |
| Plaintiff | ) |
| v. | ) Civ. No. 16-70 |
| UPMC, | ) |
| Defendant. | ) |

## ORDER

AND NOW, to-wit, this 20th day of January, 2016, it is hereby ORDERED that pursuant to 28 U.S.C. § 455 the undersigned recuses from this case and the Clerk is directed to reassign this case appropriately.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge